| FORM B1 | United States Bankruptcy Court<br>Southern District of Ohio<br>Western Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Huffy Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>**Huffy Bicycle Company, Huffy Sports Company** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**31-0326270** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**225 Byers Road**<br>**Miamisburg, Ohio 45342** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principle Place of Business: **Montgomery** | County of Residence or of the<br>Principle Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this district.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☒ Chapter 11 | ☐ Chapter 13 |
| ☒ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 -- Case ancillary to foreign proceeding | | |
| ☐ Other _____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ☒ Business | ☒ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)　　THIS SPACE IS FOR COURT USE ONLY
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Assets | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million | |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | |

| Estimated Debts | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million | |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | |

1034867_1.DOC

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> **Huffy Corporation** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> See Attached Form 1015-2, Statement of Related or Companion Cases | Case Number: <br> (Jointly Administered) | Date Filed: |
| District: | Relationship: | Judge: |

## SIGNATURES

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of Attorney**

X /s/ Kim Martin Lewis
Signature of Attorney for Debtor(s)
**Kim Martin Lewis, Esq.**
Printed Name of Attorney for Debtor(s)
**Dinsmore & Shohl LLP**
Firm Name
**1900 Chemed Center, 255 East Fifth Street**
Address
**Cincinnati, Ohio 45202**

**(513) 977-8200**
Telephone Number
October 20, 2004
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Nancy A. Michaud
Signature of Authorized Individual
**Nancy A. Michaud**
**Senior Vice President-General Counsel and Secretary**
October 20, 2004
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☒ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primary consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

(Official Form 1) (12/02)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In re:<br>HUFFY CORPORATION,<br>an Ohio corporation,<br><br>Debtor.<br><br>Employer Tax I.D. No. 31-0326270 | Chapter 11<br><br>Case No. _____<br><br><br><br>Honorable _____ |

## EXHIBIT A TO VOLUNTARY PETITION

1. If any of Debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is: 0001-05325.

2. The following financial data is the latest available information and refers to Debtor's condition on 09/02/2004.

a. Total Assets:        $138.7 Million

b. Total Liabilities:    $161.2 Million

|   |   |   | Approximate<br>number of holders |
|---|---|---|---|
| c. | Debt securities held by more than 500 holders:<br>secured / /    unsecured / /    subordinated / / | $0 | $0 |
| d. | Number of shares of preferred stock | 0 | 0 |
| e. | Number of shares of common stock | 16,440,835 | 7,600 |

Comments, if any: _____

3. Brief description of Debtor's business: Debtor is engaged in the design and sale of wheeled and related products, including bicycles, scooters and tricycles.

1034867_1.DOC

(Official Form 1) (12/02)

4.  The name of any person (as defined in 11 U.S.C. §101(41)) who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of Debtor:[1]

| |
|---|
| Wells Fargo and Company<br>420 Montgomery Street<br>San Francisco, CA  94104 |
| Kenneth J. Finkelstein<br>35 Brady Ct<br>Don Mills, Ontario  M3B3L3 |
| James J. Salter<br>135 Forest Hill Road<br>Toronto, Ontario  M4V2L9 |
| Key Corp<br>127 Public Square<br>Cleveland, OH  44144 |
| Dimensional Fund Advisors, Inc.<br>1299 Ocean Avenue<br>11th Floor<br>Santa Monica, CA  90401 |

**HUFFY CORPORATION**

By:   /s/ Nancy A. Michaud
       Nancy A. Michaud
       Senior Vice President-General Counsel and
       Secretary

---

[1] Based upon most recent filings with the Securities and Exchange Commission.

2

Form 1015-2                                                                                              Case No. 04-_____

# STATEMENT OF RELATED OR COMPANION CASES
# INFORMATION REQUIRED BY LOCAL RULE 1015-2
# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF OHIO

Please check the appropriate box with respect to each of the following items:

1. If any previous bankruptcy of any kind was filed in any court within the last 6 years by this debtor or any entity related to the debtor as described below, or if the debtor or any entity related to the debtor as described below has a pending bankruptcy case in any bankruptcy court regardless of when such case was filed, then set forth the name of the debtor, case number, date filed, chapter filed under, district and division where the case is or was pending, current status of the case, any real estate in the case and judge assigned to the case. If no such petitions were filed, so indicate:

|     |     |
| --- | --- |
| ___ | This debtor (identical individual, including DBAs, FDBAs) |
| ___ | This debtor (identical entity) |
| ___ | Spouse of this debtor |
| ___ | Corporation, if this debtor is or was a major shareholder of the corporation |
| ___ | Major shareholder of this debtor (if this debtor is a corporation) |
| X  | Affiliate(s) of this debtor (see §101(2) of the Code) |
| ___ | Partnership, if this debtor is or was a general partner in the partnership |
| ___ | General partner of this debtor (if this debtor is a partnership) |
| ___ | General partner of this debtor (if this debtor is or was another general partner therewith) |
| ___ | Entity with which this debtor has substantial identity of financial interests or assets |

Huffy Corporation, an Ohio corporation, is the parent corporation which wholly owns Hufco-Ohio, Inc., an Ohio corporation, HCAC, Inc., an Ohio corporation, Hufco-Delaware Company, a Delaware corporation, Huffy Sports, Inc., a Wisconsin corporation, American Sports Design Company, an Ohio corporation, Huffy Sports Delaware, Inc., a Delaware corporation. Huffy Sports Canada, Inc., a New Brunswick, Canada corporation, Lehigh Avenue Property Holdings, Inc., an Illinois corporation, Tommy Armor Golf Company, a Washington corporation, Lamar Snowboards, Inc., a Missouri corporation, Huffy Sports Washington, Inc., a Washington corporation, and First Team Sports, Inc., a Minnesota corporation, are wholly-owned subsidiaries of Huffy Sports Delaware, Inc. Hufco-New Brunswick, Inc., a New Brunswick, Canada corporation, and Hufco-Georgia II, Inc., a Georgia corporation, are wholly-owned subsidiaries of Hufco-Georgia I, Inc., a Georgia corporation, which in turn is a wholly-owned subsidiary of Hufco-Ohio, Inc. Huffy Sports Outlet Inc., a New Brunswick, Canada corporation, is a wholly-owned subsidiary of Huffy Sports Canada Inc. HUF Canada, Inc., a New Brunswick, Canada corporation, is an indirect subsidiary of Huffy Sports Canada Inc. Hespeler Hockey Holding, Inc., a Minnesota corporation, is a wholly-owned subsidiary of First Team Sports, Inc. Huffy Risk Management, Inc., an Ohio corporation, is owned by Huffy Corporation and Hufco-Ohio, Inc. Each of the above is filing a voluntary chapter 11 petition in this Court on the date hereof.

2.      ___      NONE OF THE ABOVE APPLY

Form 1015-2                                                                    Case No. 04-_____

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed at: Dayton, Ohio

Dated: October 20, 2004                    DEBTOR

                                           HUFFY CORPORATION

                                           /s/ Nancy A. Michaud
                                           Nancy A. Michaud
                                           Senior Vice President-General Counsel and
                                           Secretary

Form 1015-2                                                                    Case No. 04-_____

## DESIGNATION AS CONSUMER OR BUSINESS CASE
## INFORMATION REQUIRED BY LOCAL RULE 1002-1(e)

Please check the appropriate box

____    Consumer case; debtor is an individual who is not engaged in business and owes consumer debt only

__X__   Business case; debtor is a corporation

____    Business case; debtor is a partnership

____    Business case; debtor is an individual currently engaged in business

____    Business case; debtor is an individual formerly engaged in business who owes more for business debts than for consumer debts

____    Business case; case was commenced under chapter 12

/s/ Donald W. Mallory
DONALD W. MALLORY
CASE ATTORNEY