**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: January 10, 2005**

Lawrence S. Walter
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| *In re:* | : | |
| | : | Case No. 04-39148 |
| HUFFY CORPORATION | : | Chapter 11 |
| | : | Judge L. S. Walter |
| *Debtor*. | : | |

ORDER DENYING MOTION REQUESTING
MODIFICATION OF BANKRUPTCY STAY

This matter is before the Court on the Motion Requesting Modification of Bankruptcy

Stay (the "Motion") (Doc. 350), filed by James L Shockley on January 6, 2005.

The Motion is deficient in that it fails to comply with several Local Bankruptcy Rules

("LBR") as follows:

- The Motion was not served on the debtor or the Official Committee of Unsecured

  Creditors as required by LBR 9013-3(b).

- The Motion is accompanied by an Official Form 20(A) notice prescribed by LBR 9013-

  1(a), but the notice sets July 14, 2003 as the response date.

  The Motion is therefore **DENIED** without prejudice.

**IT IS SO ORDERED.**

Copies to:

Huffy Corporation, Debtor, 225 Byers Road, Miamisburg, OH 45324
Kim Martin Lewis, Attorney for Debtor, 1900 Chemed Center, 255 East Fifth Street, Cincinnati,
    OH 45202
Jean R. Robertson, Attorney for Creditors' Committee, 2100 Bank One Center, 600 Superior
    Avenue E, Cleveland, OH 44114-2653
Jeffrey G. Chinault, Attorney for Movant, 131 North Ludlow Street, Suite 1400, Dayton, OH
    45402
 Office of the U. S. Trustee, 170 North High Street, Suite 200, Columbus, OH 43215

###