This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: August 30, 2010**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| In re: | Chapter 11 |
|---|---|
| HUFFY CORPORATION, | Case Nos. 04-39148 through 04-39167 Jointly Administered |
| a Ohio corporation, *et al.*[1] | |
| **Reorganized Debtors** | Honorable Lawrence S. Walter |

## FINAL DECREE

Upon the Motion the above-captioned reorganized debtors (the "<u>Reorganized Debtor</u>" or "<u>Reorganized Huffy</u>"), pursuant to the Plan[2], as confirmed by this Court on September 23, 2005, by and through their respective counsel, for Entry of Final Decree (the "<u>Motion</u>") [Doc. No. 2014]; and the Court having considered the Motion; and after due deliberation and cause appearing therefore;

---

[1] The Debtors are the following entities: Huffy Corporation, Huffy Risk Management, Inc., HUFCO-Ohio, Inc., HCAC, Inc., Hufco-Delaware Company, Huffy Sports, Inc., American Sports Design Company, Huffy Sports Washington, Inc., Huffy Sports Outlet, Inc., Huffy Sports Canada, Inc., Lehigh Avenue Property Holdings, Inc., Tommy Armour Golf Company, Lamar Snowboards, Inc., Huffy Sports Delaware, Inc., First Team Sports, Inc., Hespeler Hockey Holding, Inc., HUFCO-Georgia I, Inc., HUFCO-Georgia II, Inc., HUFCO-New Brunswick, Inc., and HUF Canada, Inc. On October 14, 2005, the Effective Date of the Plan, the Debtors became the "Reorganized Debtors." Since the Effective Date, all of the Reorganized Debtors' Canadian entities have been dissolved or merged into Huffy Sports Delaware. Further, in 2007, certain of the U.S. entities were merged upstream so that the remaining U.S. entities are: Huffy Corporation, American Sports Design Company and Huffy Sports Delaware, Inc.

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

**THE COURT HEREBY FINDS THAT:**

A.  This Court has jurisdiction over this matter pursuant 28 U.S.C. §§ 157 and 1334 and that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

B.  Proper and adequate notice has been given under the circumstances and that no other or further notice is necessary.

C.  Entry of a final decree closing these chapter 11 cases and the Estate is appropriate pursuant to § 350(a) of the Bankruptcy Code as the Reorganized Debtor has fully consummated and complied with the requirements of the Plan.

D.  The Estate has been fully administered, all Court costs have been paid, the Court's role in the administration of theses cases is complete, no contested matters or adversary proceedings are pending, and no reason exists for these cases to remain open, and these cases should be closed.

E.  The relief requested in the Motion is appropriate under § 350(a) of the Bankruptcy Code and Fed. R. Bankr. P. 3022.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.  The Motion shall be, and hereby is, GRANTED.

2.  The Chapter 11 Cases and all matters relating to the Estate shall be, and hereby are, closed, pursuant to §§ 105(a) and 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022.

3.  The Final Report is hereby approved.

4.  The trustee, and any other fiduciaries and sureties, are hereby discharged.

5.  Notwithstanding the closure of these chapter 11 cases, this Court expressly retains exclusive ongoing jurisdiction to (a) enforce any of its orders issued in the chapter 11 cases, (b) prevent interference with the execution of the Plan, (c) otherwise aid in the operation of the Plan, and (d) consider a proper request to reopen the chapter 11 cases under § 350(b) of the Bankruptcy Code.

6. Notwithstanding the closure of these chapter 11 cases, this Court expressly retains jurisdiction to hear any and all pre-petition personal injury and/or products liability actions brought against the Reorganized Debtors.

7. This Court retains exclusive jurisdiction as to all matters relating to the interpretation and implementation of this Order.

**IT IS SO ORDERED.**

Copies to:
All Filing Parties
The Reorganized Debtor will provide service to all parties on the Special Notice List.

###